UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| THE LANE CONSTRUCTION CORPORATION, ) ) Plaintiff, ) ) v. ) ) HAYWARD BAKER, INC., ) ) Defendant. ) _____) ) HAYWARD BAKER, INC., ) ) Counter-Plaintiff, ) ) v. ) ) FIDELITY AND DEPOSIT COMPANY OF ) MARYLAND, LIBERTY MUTUAL ) INSURANCE COMPANY and THE LANE ) CONSTRUCTION CORPORATION, ) ) Counter-Defendants. ) | No. 3:16-CV-624-HBG |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 22].

Now before the Court is a Joint Motion for Continuance and Amendment of Scheduling Order [Doc. 35]. The parties appeared telephonically before the Court for a motion hearing on January 2, 2018. Attorney Vic McConnell appeared on behalf of Plaintiff and Counter-Defendants. Attorneys Briton Collins and Jack Tallent appeared on behalf of Defendants and Counter-Plaintiff. During the telephonic hearing, the parties requested that the trial be continued

until October 15, 2018, and that all deadlines in this case be recalculated according to the new trial date.

Accordingly, for good cause shown, the Court hereby **GRANTS** the Joint Motion for Continuance and Amendment of Scheduling Order [**Doc. 35**].  The trial in this matter shall be continued to **October 15, 2018**.  The parties shall appear before the Court on **October 3, 2018, at 1:30 p.m.**, for a pretrial conference.  The Court will enter an amended Scheduling Order, recalculating the deadlines in this case to the new trial date.

**IT IS SO ORDERED**.

ENTER:

_Bruce Guyton_
United States Magistrate Judge